# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ANTONIO SHAWN WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No: 4:11-cv-03190-CLS-PWG |
| | ) |
| **STATE OF ALABAMA,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on December 13, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted and seeking monetary relief from defendants who are immune. The plaintiff filed objections to the report and recommendation on December 19, 2011.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted and seeking monetary relief from defendants who are immune. A Final Judgment will be entered.

DONE this 3rd day of January, 2012.

/s/ Lynwood Smith
United States District Judge